■ ELAINE SMITH, Individually and as Executrix of GEORGIANNA G. SMITH, Deceased, Appellant, v CROUSE HEALTH HOSPITAL, INC., Doing Business as CROUSE HOSPITAL, Respondent. [913 NYS2d 594]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered October 6, 2009 in a medical malpractice action. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni and Sconiers, JJ.